# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MARC PHELPS, an individual; and ROES 1 through 100 inclusive,

Plaintiffs,

vs.

AIR-GP LLC, a California limited liability company; APARTMENT INCOME REIT, L.P., a Delaware limited partnership; APARTMENT INCOME REIT LLC, a Delaware limited liability company; APARTMENT INCOME REIT CORP., a Maryland corporation; OP PROPERTY MANAGEMENT, A Delaware limited liability company; and DOES 1 through 500, inclusive,

Defendants.

Case No.:  2:25-cv-04894-MCS-BFM
Assigned to Judge Mark C. Scarsi
Referred to Magistrate Judge Brianna Fuller Mircheff

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: ___MARCH 27___, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1
STIPULATED PROTECTIVE ORDER, CASE NO. 2:25-cv-04894