# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC PHELPS, an individual; and ROES 1 through 100 inclusive,<br><br>        Plaintiffs,<br><br>    vs.<br><br>AIR-GP LLC, a California limited liability company; APARTMENT INCOME REIT, L.P., a Delaware limited partnership; APARTMENT INCOME REIT LLC, a Delaware limited liability company; APARTMENT INCOME REIT CORP., a Maryland corporation; OP PROPERTY MANAGEMENT, A Delaware limited liability company; and DOES 1 through 500, inclusive,<br><br>        Defendants. | Case No.:  2:25-cv-04894-MCS-BFM<br>Assigned to the Hon. Mark C. Scarsi<br>Referred to Magistrate Judge Brianna Fuller Mircheff<br><br>**ORDER RE STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order Regarding Discovery of Electronically Stored Information is **granted**.

**IT IS SO ORDERED**.

DATED:  ___JUNE 24___, 2026

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

CLASSIFICATION: RESTRICTED